UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **ED CV 13-00904-MWF(SPx)**                    Dated: **March 11, 2014**

Title:      Alan Watson -*v*- Victory Packaging, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

      Rita Sanchez                                    None Present
      Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

      None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

     In light of the Notice of Settlement filed March 10, 2014, the Court sets a hearing on
Order To Show Cause Re Dismissal for April 21, 2014 at 11:30 a.m.  If the stipulated
dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are
hereby vacated.

     IT IS SO ORDERED.

MINUTES FORM 90                              Initials of Deputy Clerk   __rs__
CIVIL - GEN